United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    FEDERAL HOME LOAN MORTGAGE          No. C 12-00402 CRB
      CORP.,
12                                        **ORDER OF REMAND**
                      Plaintiff,
13
        v.
14
      ADRIAN CASTILLO,
15
                      Defendant.
16    _____/

17

18          Defendant Adrian Castillo removed this case from state court on January 25, 2012.

19    See dkt. 1.  The case was reassigned on February 22, 2012.  See dkt. 13.  The Court notes

20    that a Motion to Remand is already on file, and is calendared for April 6, 2012.  See dkt. 11.

21    However, the Court finds this matter suitable for resolution without oral argument or further

      briefing, pursuant to Civil Local Rule 7-1(b), and GRANTS the Motion to Remand.
22
            Upon review of the state court complaint attached to the Notice of Removal, it is
23
      apparent to the Court that, indeed, it does not have jurisdiction over the matter.  Federal
24
      question jurisdiction exists only when a federal question exists on the face of a well-pleaded
25
      complaint.  See Wayne v. DHL Worldwide Express, 294 F.3d 1179, 1183 (9th Cir. 2002).
26
      The state court complaint here involves only a claim of unlawful detainer.  Notice of
27
      Removal Ex. A at 1.  Therefore, no federal question is presented.  See Deutsche Bank Nat.
28
      Trust Co. v. Ashley, No. 07-1164, 2007 WL 2317104, at *1 (S.D. Cal. Aug. 8, 2007).

      Moreover, based upon the face of the well-pleaded complaint, which alleges that the amount

1    in controversy is "under $10,000," and indicates that Defendant is what is known as a local

2    defendant (residing in the State in which this action has been brought), there is also no

3    diversity jurisdiction.  See Notice of Removal Ex. A at 1; 28 U.S.C. § 1441(b).  Accordingly,

4    Plaintiff's Motion to Remand this matter to the Superior Court of the State of California,

5    County of Solano is GRANTED.

6           **IT IS SO ORDERED.**

7

8

9    Dated: March 8, 2012                                     _____

                                                          CHARLES  R. BREYER
10                                                         UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California